WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nicole S. Dunn, Esq., SBN 213550
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; ndunn@wrightlegal.net; aphillips@wrightlegal.net

Attorneys for Defendants, LEHMAN BROTHERS BANK, FSB (n/k/a AURORA
BANK, FSB), MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.
and AURORA LOAN SERVICES, LLC.

Ronald H. Freshman, Esq., SBN#225136
Law Offices of Ronald H. Freshman
45050 Casas de Mariposa
Indian Wells, CA 92210
Tel. 858-756-8288; Fax 206-424-0744

Attorney for Plaintiff, Terry Ford

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY FORD,

        Plaintiff,

    vs.

LEHMAN BROTHERS BANK, FSB, A
FEDERAL SAVINGS BANK; OLD
REPUBLIC TITLE, a California
corporation; MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, INC. a
Delaware corporation; AURORA LOAN
SERVICES, LLC, a Delaware limited
liability company; CAL-WESTERN

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CV12-0842 -CRB

**ORDER GRANTING THE
JOINT REQUEST TO APPEAR
TELEPHONICALLY AT THE
CASE MANAGEMENT
CONFERENCE HEARING**

Hearing
DATE:    June 22, 2012
TIME:    10:00 A.M.
CTRM:   6, 17th Floor

-1-

1  RECONVEYANCE CORPORATION, a  )
2  California Corporation; FIRST          )
   AMERICAN TITLE INSURANCE          )
3  COMPANY, a California Corporation; and)
4  DOES 1 to 100, inclusive                  )
                                                         )
5                     Defendants.                )
6  _____)

7         The Request of Plaintiff, Terry Ford and Defendants LEHMAN

8  BROTHERS BANK, FSB (n/k/a AURORA BANK, FSB), MORTGAGE

9  ELECTRONIC REGISTRATION SYSTEM, INC. and AURORA LOAN

10 SERVICES, LLC'S ("Defendants")  to Appear Telephonically at the Case

11 Management Conference hearing came on regularly for consideration before this

12 Court, and the Court makes the following order:

13        **IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Request

14 to Appear Telephonically before Judge Charles R. Breyer at the Case Management

15 Conference hearing on June 22, 2012, at 10:00 a.m., in Courtroom 6 of the above-

16 entitled court located at 450 Golden Gate Avenue, San Francisco, CA 94102, is

17 **GRANTED**.

18

19

20

21 DATED:  June 1, 2012



   _____
   Judge of the                          Court

22

23

24

25

26

27

28

REQUEST TO APPEAR TELEPHONICALLY