1  WRIGHT, FINLAY & ZAK, LLP
2  T. Robert Finlay, Esq., SBN 167280
   Nicole S. Dunn, Esq., SBN 213550
3  4665 MacArthur Court, Suite 280
4  Newport Beach, CA  92660
   Tel: (949) 477-5050; Fax: (949) 477-9200
5  rfinlay@wrightlegal.net; ndunn@wrightlegal.net; aphillips@wrightlegal.net
6
7  Attorneys for Defendants, LEHMAN BROTHERS BANK, FSB (n/k/a AURORA
   BANK, FSB), MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.
8  and AURORA LOAN SERVICES, LLC.
9
   Ronald H. Freshman, Esq., SBN#225136
10 Law Offices of Ronald H. Freshman
11 45050 Casas de Mariposa
   Indian Wells, CA 92210
12 Tel. 858-756-8288; Fax 206-424-0744
13
14 Attorney for Plaintiff, Terry Ford
15
16
17                **UNITED STATES DISTRICT COURT**
18                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| TERRY FORD, | ) Case No.:  CV12-0842 -CRB |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER GRANTING THE** |
| | ) **JOINT REQUEST TO APPEAR** |
| vs. | ) **TELEPHONICALLY AT THE** |
| LEHMAN BROTHERS BANK, FSB, A | ) **CASE MANAGEMENT** |
| FEDERAL SAVINGS BANK; OLD | ) **CONFERENCE HEARING** |
| REPUBLIC TITLE, a California | ) |
| corporation; MORTGAGE ELECTRONIC | ) Hearing |
| REGISTRATION SYSTEM, INC. a | ) DATE:   June 22, 2012 |
| Delaware corporation; AURORA LOAN | ) TIME:   10:00 A.M. |
| SERVICES, LLC, a Delaware limited | ) CTRM:   6, 17th Floor |
| liability company; CAL-WESTERN | ) |

-1-
REQUEST TO APPEAR TELEPHONICALLY

1  RECONVEYANCE CORPORATION, a           )
2  California Corporation; FIRST                     )
   AMERICAN TITLE INSURANCE                )
3  COMPANY, a California Corporation; and)
4  DOES 1 to 100, inclusive                            )
                                                                 )
5                     Defendants.                            )
6  _____)

The Request of Plaintiff, Terry Ford and Defendants LEHMAN BROTHERS BANK, FSB (n/k/a AURORA BANK, FSB), MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. and AURORA LOAN SERVICES, LLC'S ("Defendants") to Appear Telephonically at the Case Management Conference hearing came on regularly for consideration before this Court, and the Court makes the following order:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Request to Appear Telephonically before Judge Charles R. Breyer at the Case Management Conference hearing on June 22, 2012, at 10:00 a.m., in Courtroom 6 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, CA 94102, is **GRANTED**.

DATED: June 1, 2012        _____
                                             Judge of the _____ Court

