IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FORD, | No. C 12-00842 CRB |
|     Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| LEHMAN BROTHERS BANK, ET AL., | |
|     Defendants. | |

On June 20, 2012, this Court granted Defendants' Motion to Dismiss Plaintiff's Complaint, and gave Plaintiff twenty days to file an amended complaint. Dkt. 43. More than twenty days have now passed, and Plaintiff has neither filed an amended complaint nor asked for an extension of time to do so. Accordingly, the Court dismisses the case with prejudice.

**IT IS SO ORDERED.**

Dated: July 19, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\842\Order Dismissing Case.wpd