IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FORD,<br><br>    Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS BANK, ET AL.,<br><br>    Defendants._____/ | No. C 12-00842 CRB<br><br>**JUDGMENT** |

Having dismissed Plaintiff's case with prejudice, dkt. 46, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 19, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\842\Judgment.wpd