IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FORD, | No. C 12-00842 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LEHMAN BROTHERS BANK, ET AL., | |
| Defendants. / | |

Having dismissed Plaintiff's case with prejudice, dkt. 46, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 19, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\842\Judgment.wpd